# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
*ex rel* MICHELE COFFMAN,

        Plaintiff,

vs.                                        Case No. 14-cv-2538-JAR-TJJ

THE CITY OF LEAVENWORTH, KANSAS,

        Defendant.

## MOTION FOR SUMMARY JUDGMENT

Defendant, the City of Leavenworth, Kansas moves the Court pursuant to Fed. R. Civ. P. 56 for judgment as a matter of law. A supporting memorandum is submitted contemporaneously herewith.

                    **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                    3550 S.W. 5th Street
                    Topeka, Kansas  66606
                    Office:  (785) 232-7761 | Fax: (785) 232-6604
                    Email:   tmock@fisherpatterson.com
                              aholder@fisherpatterson.com

                    **s/Andrew D. Holder**
                    Terelle A. Mock               #21465
                    Andrew Holder              #25456
                    **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 21st day of July, 2017, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Mark V. Dugan / Heather J. Schlozman | Jon P. Fleenor / Robin R. Anderson |
| DUGANSCHLOZMAN, LLC | Office of United States Attorney - Kansas City |
| 8826 Santa Fe, Suite 307 | 500 State Avenue, Suite 360 |
| Overland Park, Kansas  66212 | Kansas City, Kansas  66101 |
| Off: 913-322-3528 \| Fax: 913-904-0213 | Off:  913-551-6730/Fleenor \| 913-551-6674/Anderson |
| mark@duganschlozman.com | Fax:  913-551-6541 |
| heather@duganschlozman.com | jon.fleenor@usdoj.gov \| robin.anderson@usdoj.gov |
| | **ATTORNEYS FOR INTERESTED PARTY,** |
| Robert K. Collins | **UNITED STATES OF AMERICA EX REL** |
| COLLINS LAW OFFICE, LLC | |
| P. O. Box 4786 | |
| Olathe, Kansas  66063 | |
| Off:  913-538-7472 \| Fax:  913-839-2446 | |
| robert@collinslegal.com | |

**ATTORNEYS FOR PLAINTIFF**

I further certify that I caused the foregoing document and notice of electronic filing to be mailed by first-class mail to the following non-CM/ECF participant: No one.

<div style="text-align: right;">

**s/Andrew D. Holder**
Andrew D. Holder

</div>