

## Mike McDonald

**From:**        Mike McDonald
**Sent:**        Monday, December 12, 2011 4:51 PM
**To:**          Claudia Larkin
**Subject:**     fema mONTGOMERY FW: Info Sewer Plant

**From:** Dan Williamson
**Sent:** Monday, December 12, 2011 9:29 AM
**To:** Mike McDonald
**Subject:** FW: Info Sewer Plant

Mike,

Can you call this Tom Montgomery directly and give him the info he needs?

Thanks.

Dan

**From:** Les Money [mailto:lesmoney72@yahoo.com]
**Sent:** Sunday, December 11, 2011 9:15 AM
**To:** Dan Williamson
**Cc:** Thomas.Montgomery@fema.dhs.gov
**Subject:** Fw: Info Sewer Plant

Dan,

Could you get me the hourly rate for Mike Copeland as requested below and could you provide or find someone
to provide the other information requested?

Thanks,

Les

----- Forwarded Message -----
**From:** "Montgomery, Thomas" <Thomas.Montgomery@fema.dhs.gov>
**To:** Les Money <lesmoney72@yahoo.com>
**Sent:** Sunday, December 11, 2011 8:51 AM
**Subject:** Info Sewer Plant

Les

The information you sent was great and was very helpful, thanks. However, the hourly pay rate for Mike
Copeland was not included. Will you get me his hourly pay rate – without benefits?

Jim and I discussed the broken sewer line near the treatment plant and have decided to include it in the PW. We
need to contact someone and get some additional information. We need: 1) – description of Work Complete; 2)
– copy(ies) of invoice(s) for Work Completed; 3) - manhole numbers at each end of the break; 4) – size of the
damaged pipe; 5) - length of pipe to be replace; 6) – brief description of repair/replacement process; 6) –
estimated cost of repair/replacement.

1



AAA COURT REPORTING
DEPOSITION
EXHIBIT 58

D000672

Thanks, Tom

**Thomas E. Montgomery**
**CEF Specialist**
**Technical Assistance Contractor (TAC)**
**Fluor Government Group**
**DR - 4010 - KS**
**DR - 4035 - KS**
**Cell:  571-488-7820**
**Desk: 785-826-8038**
**Fax:  785-493-8148**
**e-mail:** thomas.montgomery@fema.dhs.gov

2

### 5 MILE CREEK SEWER CROSSING at the WWTP

| ITEM DESCRIPTION | UNIT | QUANTITY | UNIT COST | TOTAL COST |
|---|---|---|---|---|
| Excavating, Filling and Grading - Excavation | CY | 2,857 | $15.00 | $42,855.00 |
| Clearing, Grubbing & Demolition | LS | 1 | $20,000.00 | $20,000.00 |
| Engineered Rock Riffle (D50=18" Rock) | CY | 54 | $110.00 | $5,940.00 |
| Engineered Drop Structure (D50=27" Rock) | CY | 322 | $70.00 | $22,540.00 |
| 48" Diamter Boulders | Each | 26 | $450.00 | $11,700.00 |
| Logitudinal Peaked Stone Toe Protection (D50=27") | CY | 398 | $160.00 | $63,680.00 |
| Logitudinal Peaked Stone Toe Protection (D50=18") | CY | 376 | $110.00 | $41,360.00 |
| Stone RipRap (D50=27" Rock) | CY | 441 | $85.00 | $37,485.00 |
| 2" Minus Filter Rock | CY | 157 | $35.00 | $5,495.00 |
| Concrete Encasement | CY | 7 | $150.00 | $1,050.00 |
| Concrete Pipe Support | CY | 25 | $900.00 | $22,500.00 |
| 10" Diameter Ductile Iron Pipe | LF | 94 | $200.00 | $18,800.00 |
| 4' Diameter Sanitary Sewer Manhole | Each | 1 | $4,500.00 | $4,500.00 |
| Erosion and Sediment Control | LS | 1 | $5,000.00 | $5,000.00 |
| Mobilization | LS | 1 | $10,000.00 | $10,000.00 |
| Lawn Seeding | SY | 2,000 | $6.00 | $12,000.00 |

SEWER PROJECT COST $324,905.00
10% Contingency $32,490.50

TOTAL SEWER PROJECT COST $357,395.50

### BANK STABILIZATION PROJECT

| | | | | |
|---|---|---|---|---|
| Planted Rock Riprap (D50 = 18") | CY | 157 | $85.00 | $13,345.00 |
| Planted Rock Riprap (D50 = 12") | CY | 440 | $60.00 | $26,400.00 |
| Erosion and Sediment Control | LS | 1 | $5,000.00 | $5,000.00 |
| Livestake Planting | Each | 2285 | $28.00 | $63,980.00 |
| Lawn Seeding | SY | 285 | $6.00 | $1,710.00 |

BANK STABILIZATION PROJECT COST $110,435.00
10% Contingency $11,043.50

$121,478.50

D000674